# CIVIL COVER SHEET

APPENDIX H

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Tim Callahan d/b/a Tim's Sunoco Service

### DEFENDANTS
Sunoco, Inc. and Sunoco, Inc. (R & M)

**(b)** County of Residence of First Listed Plaintiff: **Erie, NY**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Philadelphia, PA**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Schiffrin & Barroway
Three Bala Plaza East Suite 400
Bala Cynwyd, PA 19004  610-667-7056

Attorneys (If Known)

### II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
- Citizen of This State: PLF [ ]1 / DEF [ ]1; Incorporated or Principal Place of Business In This State: PLF [ ]4 / DEF [x]4
- Citizen of Another State: PLF [x]2 / DEF [ ]2; Incorporated and Principal Place of Business In Another State: PLF [ ]5 / DEF [ ]5
- Citizen or Subject of a Foreign Country: PLF [ ]3 / DEF [ ]3; Foreign Nation: PLF [ ]6 / DEF [ ]6

### IV. NATURE OF SUIT
[x] 190 Other Contract

### V. ORIGIN
[x] 1 Original Proceeding

### VI. CAUSE OF ACTION
28 USC 1332. Breach of Contract (Open Price Term)

### VII. REQUESTED IN COMPLAINT:
[x] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: [x] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: 8/1/03
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

**Civil Cover Sheet, Appendix H**

1. (a) PLAINTIFFS, continued:

DAVID AND MARILYN HOLT d/b/a PARSIPPANY SUNOCO SERVICE, CHIMA & BAINS, LTD., SHORELINE ENTERPRISES, LLC f/k/a SHORELINE SUNOCO SERVICE, L.L.C., MICHEL KOPTY d/b/a MICHAEL SUNOCO, STEVEN'S A-PLUS, INC., AUTOMOTIVE MODERN TECHNOLOGIES COMPANY, WEST SENECA ONE STOP, INC., S. N. ENTERPRISES OF WNY, INC., J&B SUNOCO, INC., PATRICK AND EDNA MCGOWAN d/b/a PAT'S ABSECON SUNOCO, AND SAL SALFI, d/b/a AVALON SUNOCO, individually and on behalf of all others similarly situated,

UNITED STATES DISTRICT COURT  APPENDIX F

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: **Tim Callahan d/b/a Tim's Sunoco, 1837 Love Rd., Grand Island, N Y 14072**

Address of Defendant: **Sunoco, Inc., Ten Penn Center, 1801 Market St. Philadelphia, PA 19103**

Place of Accident, Incident or Transaction: **All states in the United States in which Sunoco sells gasoline to lessee dealers**
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐  No☒

Does this case involve multidistrict litigation possibilities?   Yes☒  No☐

RELATED CASE, IF ANY:

Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☒ All other Diversity Cases
   (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, **Krishna B. Narine**, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: **8/1/03**   _____ Attorney-at-Law   **52238** Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: **8/1/03**   _____ Attorney-at-Law   **52238** Attorney I.D.#

CIV. 609 (4/03)

**Designation Form, Appendix F**

<u>Address of Plaintiff, continued:</u>

David & Marilyn Holt
Parsippany Sunoco Service
1947 US Route 46
Parsippany, NJ 07054

Chima & Bains, Ltd.
1981 Fillmore Ave.
Buffalo, NY 14214

Shoreline Sunoco Service, LLC
356 Cheryl Drive
Toms River, NJ 08753

Mr. Michel Kopty
Michael Sunoco
3705 Harlem Road
Cheecktowaga, NY 14215

Steven's A-Plus, Inc.
12887 Donna Bru Dr.
Alden, NY 14004

Automotive Modern Technology
1940 Niagra Falls Blvd.
Tonawanda, NY 19150

West Seneca One Stop, Inc.
3030 Seneca St.
West Seneca, NY 14224

S. N. Enterprises of WNY
3450 Union Rd.
Cheektowoga, NY 14225

J&B Sunoco, Inc.
183 Pear Drive
Old Bridge, New Jersey 08857

Patrick and Edna McGowan
Pat's Absecon Sunoco
White Horse Pike & Shore Road

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Tim Callahan d/b/a Tim's Sunoco Service | : | CIVIL ACTION |
| v. | : | |
| Sunoco, Inc. and Sunoco, Inc (R & M) | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. (X)

| 8/1/03 | Krishna B. Narine | Plaintiffs |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 610-667-7706 | 610-667-7056 | knarine@sbclasslaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**Case Management Track Designation Form Appendix I**
Plaintiffs, continued,

David & Marilyn Holt
Parsippany Sunoco Service
1947 US Route 46
Parsippany, NJ 07054

Chima & Bains, Ltd.
1981 Fillmore Ave.
Buffalo, NY 14214

Shoreline Sunoco Service, LLC
356 Cheryl Drive
Toms River, NJ 08753

Mr. Michel Kopty
Michael Sunoco
3705 Harlem Road
Cheecktowaga, NY 14215

Steven's A-Plus, Inc.
12887 Donna Bru Dr.
Alden, NY 14004

Automotive Modern Technology
1940 Niagra Falls Blvd.
Tonawanda, NY 19150

West Seneca One Stop, Inc.
3030 Seneca St.
West Seneca, NY 14224

S. N. Enterprises of WNY
3450 Union Rd.
Cheektowoga, NY 14225

J&B Sunoco, Inc.
183 Pear Drive
Old Bridge, New Jersey 08857

Patrick and Edna McGowan
Pat's Absecon Sunoco
White Horse Pike & Shore Road
Absecon, NJ 08201

Absecon, NJ 08201

<u>Address of Defendant, continued:</u>

Sunoco, Inc. ( R&M )
1801 Market Street
Philadelphia, PA 19103